UNITED STATES DISTRICT COURT NOV 17 PM 12: 47

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAIXIANG PENG AND JIA FU, | Case No. 06cv1675 BEN (NLS) |
| Plaintiff, | |
| v. | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO GONZALEZ, Director of the U.S. Citizenship and Immigration Services; DONALD NEUFELD, District Director of the California Service Center; ROBERT MUELLER, Director of the Federal Bureau of Investigation; and ALBERTO GONZALES, Attorney General, | [PROPOSED] ORDER |
| Defendants. | |

## ORDER

The deadline for Plaintiffs to respond to Defendants' motion to dismiss is hereby extended to December 5, 2006.

Dated: November 16, 2006

Honorable Roger T. Benitez
District Judge