FILED
06 DEC 12 PM 2:35
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

HAIXIANG PENG AND JIA FU,

    Plaintiff,

v.

MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO GONZALEZ, Director of the U.S. Citizenship and Immigration Services; DONALD NEUFELD, District Director of the California Service Center; ROBERT MUELLER, Director of the Federal Bureau of Investigation; and ALBERTO GONZALES, Attorney General,

    Defendants.

Case No. 06cv1675 BEN (NLS)

[PROPOSED] ORDER

## ORDER

The complaint is dismissed as moot.

Dated: December 5, 2006

_/s/ Roger T. Benitez_
Honorable Roger T. Benitez
District Judge

LORI B. SCHOENBERG
California State Bar No. 212972
**REEVES & ASSOCIATES, A PROFESSIONAL LAW CORPORATION**
2 North Lake Avenue, Ninth Floor
Pasadena, CA 91101
Tel: (626) 795-6777, x 308
Fax: (626) 795-6999

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAIXIANG PENG AND JIA FU, | Case No. 06cv1675 BEN (NLS) |
| Plaintiffs, | |
| v. | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO GONZALEZ, Director of the U.S. Citizenship and Immigration Services; DONALD NEUFELD, District Director of the California Service Center; ROBERT MUELLER, Director of the Federal Bureau of Investigation; and ALBERTO GONZALES, Attorney General, | JOINT MOTION TO DISMISS |
| Defendants. | |

On December 5, 2006, the United States Citizenship and Immigration Services approved Plaintiffs' applications for permanent residency. Accordingly, the parties jointly move to dismiss the complaint as moot.

Dated: December 5, 2006

s/ Lori B. Schoenberg
**LORI B. SCHOENBERG**
**REEVES & ASSOCIATES, A PLC**
2 North Lake Avenue, Ninth Floor
Pasadena, CA 91101

Attorneys for Plaintiffs

Dated: December 5, 2006

s/ Melanie L. Shender
**MELANIE L. SHENDER**
**ASSISTANT UNITED STATES ATTORNEY**

Attorneys for Defendants

1     Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures
2 of the United States District Court for the Southern District of California, I certify that the content of
3 this document is acceptable to counsel for the Defendants and that I have obtained authorization from
4 Melanie L. Shender to affix her electronic signature to this document.

5

6 Dated: December 5, 2006

    s/ Lori B. Schoenberg
    **LORI B. SCHOENBERG**
7     **REEVES & ASSOCIATES, A PLC**
    2 North Lake Avenue, Ninth Floor
8     Pasadena, CA 91101

9     Attorneys for Plaintiffs

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28